Matt Olavi, Esq. (Bar No. 265945)
molavi@olavidunne.com
Brian J. Dunne, Esq. (Bar No. 275689)
bdunne@olavidunne.com
**OLAVI DUNNE LLP**
800 Wilshire Blvd., Suite 320
Los Angeles, California 90017
Telephone: (213) 516-7900
Facsimile: (213) 516-7910

*Attorneys for Plaintiff Eclipse IP LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GROUNDLINK, LLC, a Delaware Corporation, GROUNDLINK HOLDINGS LLC, a Delaware Corporation, GROUNDLINK HOLDINGS II LLC, a Delaware Corporation,<br><br>Defendants. | Case No. CV13-07038 -BW (CASx)<br><br>**NOTICE OF RELATED CASES** |

**NOTICE OF RELATED CASES**

1  TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2       CENTRAL DISTRICT OF CALIFORNIA:
3       PLEASE TAKE NOTICE THAT, the following cases filed in the United
4
5  States District Court for the Central District of California and pending in that Court
6  are related to this action under Local Rule 83-1.3:
7       *Eclipse IP LLC v. Flywheel Software, Inc.*, Case No. 2:13-cv-06371-SJO-JC
8
9  (the "Flywheel Action");
10      In this action, Eclipse IP LLC ("Eclipse") is asserting claims for
11
12 infringement of United States Patent Nos. 7,064,681 ("the '681 patent"), 7,482,952
13 ("the '952 patent"), 7,479,899 ("the '899 patent"), 7,479,901 ("the '901 patent"), and
14 7,538,691 ("the '691 patent") against Groundlink, LLC, Groundlink Holdings LLC,
15
16 Groundlink Holdings II LLC (collectively, "Groundlink").
17      In the Flywheel Action, Eclipse is also asserting claims for infringement of
18 the '681, '952, '899, '901, and '691 patents against Flywheel Software, Inc., another
19
20 on-demand car service company that, like Groundlink, offers an electronic service
21 that allows users to use their smartphone or table to request a pickup from a given
22 location. Therefore, this case will involve overlapping issues of law and fact,
23
24 including claim construction and validity of the '681, '952, '899, '901, and '691
25 patents.
26 ///
27
28 ///

---
NOTICE OF RELATED CASES

As such, the cases identified above are likely to raise the same or substantially identical questions of fact and law as this action, and are likely to entail substantial duplication of labor if heard by different judges.

DATED: September 23, 2013        OLAVI DUNNE LLP

By: /s/ Matt Olavi

Matt Olavi
Brian J. Dunne
*Attorneys for Plaintiff*
*Eclipse IP LLC*